UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bilgin Şaşmaz, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No.   4:14-cv-1901 ERW |
| v. | ) |
| | ) |
| County of St. Louis, Missouri, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY**

Comes now Plaintiff and moves this Court for leave to conduct discovery before the time specified by Federal Rule of Civil Procedure 26(d)(1). In support, he states:

1. On November 10, 2014, 2014, Plaintiff filed this cause of action pursuant to 42 U.S.C. § 1983, alleging that Defendants engaged in unconstitutional conduct. (Doc. # 1).

2. The County of St. Louis, Missouri, waived service (Doc. # 3).

3. The other defendant has not been served. He is denominated as "John Doe" in the Complaint and described as follows:

    Defendant John Doe, whose name is not known to Plaintiff, was a police officer with the County of St. Louis Police Department at all times relevant to this complaint. On or about August 19 and 20, 2014, Doe encountered Plaintiff and interacted with him as described in this

1

complaint. Doe is sued in his individual capacity only.

(Doc. # 1 at ¶ 8).

4. Neither Plaintiff nor his counsel has been able to ascertain Doe's identity and, thus, they have been unable to effectuate service of process.

WHEREFORE Plaintiff respectfully requests this Court grant him leave to conduct discovery limited to the subject of the identity of John Doe and his whereabouts.

    Respectfully submitted,

    /s/ Anthony E. Rothert
    ANTHONY E. ROTHERT, #44827MO
    GRANT R. DOTY, #60788MO
    ANDREW MCNULTY, #67138MO
    ACLU of Missouri Foundation
    454 Whittier Street
    St. Louis, Missouri 63108
    Phone: (314) 652-3114
    Fax: (314) 652-3112
    trothert@aclu-mo.org
    gdoty@aclu-mo.org

    GILLIAN R. WILCOX, #61278MO
    ACLU of Missouri Foundation
    3601 Main Street
    Kansas City, Missouri 64111
    Phone: (816) 470-9938
    gwilcox@aclu-mo.org

    ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I certify that on March 2, 2015, a copy of the foregoing was served by first-class mail on counsel for Defendant.

/s/ Anthony E. Rothert