UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bilgin Şaşmaz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.   4:14-cv-1901 ERW |
| v. | ) |
| | ) |
| County of St. Louis, Missouri, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM TO COURT

The parties hereby notify the Court that they have reached an agreement to settle all claims in this case. They request sixty days to finalize the terms of the settlement and file appropriate documents with this Court.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org

1

2

<u>Certificate of Service</u>

  I certify that on May 29, 2015, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

<u>/s/ Anthony E. Rothert</u>