## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Bilgin Şaşmaz, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No.  4:14-cv-1901 ERW |
| v. | ) |
| | ) |
| County of St. Louis, Missouri, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Bilgin Şaşmaz, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Defendant John Doe without prejudice.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Andrew McNulty, #67138MO
Jessie Steffan, #64861
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
amcnulty@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
3601 Main Street
Kansas City, Missouri 64111
Telephone: (816) 470-9938

Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I hereby certify that on July 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and a copy was made available electronically to counsel of record.

/s/ Anthony E. Rothert