UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bilgin Şaşmaz, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) No.   4:14-cv-1901 ERW |
| v. | ) |
| | ) |
| County of St. Louis, Missouri, et al., | ) |
| | ) |
|     Defendants. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Bilgin Şaşmaz and Defendant County of St. Louis, Missouri, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their counsel of record, hereby stipulate that all of Plaintiff's claims against Defendant County of St. Louis, Missouri, are dismissed without prejudice.


Respectfully submitted,

| | |
|---|---|
| PETER J. KRANE | /s/ Anthony E. Rothert |
| COUNTY COUNSELOR | Anthony E. Rothert, #44827MO |
| | Andrew McNulty, #67138MO |
| By: /s/ Priscilla F. Gunn | Jessie Steffan, #64861MO |
| Priscilla F. Gunn, #29729MO | AMERICAN CIVIL LIBERTIES UNION OF |
| Associate County Counselor |    MISSOURI FOUNDATION |
| Lawrence K. Roos Bldg. | 454 Whittier Street |
| 41 So. Central Avenue | St. Louis, Missouri 63108 |
| Clayton, MO. 63105 | Telephone: (314) 652-3114 |
| 314-615-7042; Fax 314-615-3732 | Facsimile: (314) 652-3112 |
| pgunn@stlouisco.com | trothert@aclu-mo.org |
| | amcnulty@aclu-mo.org |
| **ATTORNEY FOR DEFENDANT ST.** | jsteffan@aclu-mo.org |
| **LOUIS COUNTY** | |
| | Gillian R. Wilcox, #61278MO |

1

AMERICAN CIVIL LIBERTIES UNION OF
   MISSOURI FOUNDATION
3601 Main Street
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I hereby certify that on July 31, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and a copy was made available electronically to counsel of record.

/s/ Anthony E. Rothert